**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ARNOLD KIRSHENBAUM** | * |
| | * |
| **Plaintiff**, | * |
| v. | *   Civil Action No. 1:12-cv-02882 WDQ |
| **CENLAR FSB** | * |
| | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRPC 41 (a)(1)(ii), the parties to this action hereby dismiss this action with prejudice.

_____/s/_____        _____/s/_____
Sheldon N. Jacobs, (Bar No. 06871)          Rita Ting-Hopper (Bar No.15541)
Law Office of Sheldon N. Jacobs             Atlantic Law Group
11 Rainbow Court                            1602 Village Market Blvd, SE Suite 310
Owings Mills, Maryland 21117                Leesburg, VA 20175
(410) 654-6455 (Phone)                      (703) 777-7101
Sjacobs@snjlaw.com                          Rhopper@atlanticlawgrp.com

*Attorney for Plaintiff*                    *Attorney for Defendant*